DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMESLEY JACOB CHARLES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1809

[January 29, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Frank D. Ledee, Judge; L.T. Case Nos. 24-002846-CF-10A and 24-003707-CF-10A.

Daniel Eisinger, Public Defender, and Siobhan H. Shea, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***